UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                      :

**MASTERFILE CORPORATION,**                     <u>ORDER</u>
                                      :
                 **Plaintiff,**                 06 Civ. 6363 (SAS) (FM)
                                      :
        -against-
                                      :

**COUNTRY CYCLING & HIKING TOURS**
**BY BROOKS, INC., d/b/a BROOKS**       :
**COUNTRY CYCLING TOURS,**
                                      :

                 **Defendant.**
------------------------------------X
**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        I have reviewed the attached Report and Recommendation ("R&R") of United States Magistrate Judge Frank Maas, dated January 31, 2008, which recommends that Masterfile Corporation be awarded judgment against Brooks Country Cycling Tours ("Brooks") in the amount of $5,980, consisting of $1,120 in statutory damages and $4,860 in attorney's fees and costs.

        Although Brooks was given the opportunity to file objections to the R&R, it chose not to do so. Based on my independent review, I find the amount awarded to be reasonable and therefore adopt the R&R in full. The Clerk of the Court is directed to prepare a Judgment in accordance with the R&R. The Clerk of the Court is further directed to close this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            February 21, 2008

## - Appearances -

**For Plaintiff:**

Nancy Evelyn Wolff
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, NY 10010
(212) 974-7474

**For Defendant:**

Gerald Brooks
Brooks Country Cycling Tours
95 West 95th Street, # 27A
New York, NY 10025